UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| DARRELL WAYNE CLEMENTS, | Case No. CV-15-143-M-DLC |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Judge Lynch's Findings and Recommendation are ADOPTED IN FULL. Plaintiff Darrell Wayne Clements's Motion for Summary Judgment is DENIED.

    Dated this 9th day of November, 2016.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ Annie Puhrmann
                                     Annie Puhrmann, Deputy Clerk